**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| | : | Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED, *et al.*, | : | Jointly Administered |
| | : | |
| Debtors in Foreign Proceedings. | : | |
| | : | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | : | Adv. Pro. No. 10-03496 (SMB) |
| | : | |
| Plaintiffs, | : | Administratively Consolidated |
| | : | |
| -against- | : | |
| | : | |
| THEODOOR GGC AMSTERDAM, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| This statement applies to the Adversary Proceedings listed on Exhibit A. | : | |

## AMENDED CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Bankruptcy Rule 7007.1-1, Defendant Banque Pictet & Cie SA (sued as Pictet & Cie), by and through its undersigned counsel, hereby discloses the following:

Pictet & Cie Group SCA is the parent company of Banque Pictet & Cie SA. No publicly held corporation owns 10% or more of Banque Pictet & Cie SA's stock.

Defendant submits this disclosure statement without prejudice to or waiver of any rights or defenses that it may have, including, without limitation, defenses based upon lack of personal jurisdiction or improper service of process.

Dated: New York, New York
      March 25, 2020

                Respectfully submitted,

                WACHTELL, LIPTON, ROSEN & KATZ

                /s/  *Emil A. Kleinhaus*
                Emil A. Kleinhaus
                51 West 52nd St.
                New York, New York  10019
                Telephone:  (212) 403-1000
                Facsimile:  (212) 403-2000
                eakleinhaus@wlrk.com

                *Attorneys for Banque Pictet & Cie SA (sued as Pictet & Cie)*

## EXHIBIT A

This statement applies to the following adversary proceedings:

| | Adv. Pro. No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 2. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 3. | 10-03764 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Pictet & Cie* | Banque Pictet & Cie SA |